MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

<u>Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund</u>

Debtor:  Gregory H. Winsor

Chapter 7 Case No. <u>09-47686</u>

Please Check One:
__ Unclaimed Dividends

<u>X</u>  Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Jeffrey Miller DDS<br>3345 Dakota Avenue<br>Minneapolis, MN  55416 | 3 | $123.46 | $3.36 |
| | | | |
| | | | |

DATE: <u>June 2, 2010</u>

__/e/ Brian F. Leonard____
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN  55402
(612) 332-1030

356179

*Received 10 JUN -3 PM 4:14 U.S. Bankruptcy Court, Minneapolis, MN*